JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEAN PRICE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA FIELD IRONWORKERS PENSION TRUST FUNDS, et. al.,<br><br>　　　　Defendants. | Case No. EDCV 07-0001 ODW(OPx)<br><br>JUDGMENT |

Judgment is hereby entered in favor of Defendants and against Plaintiff according to the simultaneously issued order of the court.

**SO ORDERED.**

DATED: July 14, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Otis D. Wright II
　　　　　　　　　　　　　　　　United States District Judge